UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI BECKER, MEDEA BENJAMIN, PHIL DONAHUE, MARK DUNLEA, ANNE GOEKE, ELIZABETH HORTON SCHEFF, RALPH NADER, JAMES O'KEEFE, SUSAN SARANDON, NADER 2000 PRIMARY COMMITTEE, INC., ASSOCIATION OF STATE GREEN PARTIES and GREEN PARTY USA,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Civil Action<br>No. 00-cv-11192 MLW |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs move for a preliminary injunction to enjoin the Federal Election Commission ("FEC") from enforcing or implementing, or relying in any way upon, the unlawful provisions in 11 C.F.R. §§ 110.13 and 114.4(f) that permit corporations to sponsor federal candidate debates.

Plaintiffs submit the following papers in support of their motion:

1. Memorandum in Support of Motion for Preliminary Injunction;

2. Affidavit of Heidi Becker;

3. Affidavit of James O'Keefe; and

4. Affidavit of Theresa Amato.



## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiffs hereby request a hearing on this motion for preliminary injunction.

By their attorneys,

_John C. Bonifaz_
John C. Bonifaz (BBO #562478)
Gregory G. Luke (BBO #600204)*
NATIONAL VOTING RIGHTS INSTITUTE
294 Washington Street, Suite 713
Boston, MA 02108
(617) 368-9100

_Scott P. Lewis_
Scott P. Lewis (BBO #298740)
PALMER & DODGE LLP
One Beacon Street
Boston, MA 02108-3190
(617) 573-0100

Of counsel:

Jamin B. Raskin
Professor of Law
American University
Washington College of Law
4801 Massachusetts Avenue, NW
Washington, D.C. 20016
(202) 274-4011

Dated: June 29, 2000

CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the above document to be served on the defendant by United States Postal Service express mail for next day delivery on June 29, 2000.

_____

---

* Mr. Luke's application for admission to the bar of this Court is currently pending.