UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI BECKER, MEDEA BENJAMIN, PHIL DONAHUE, MARK DUNLEA, ANNE GOEKE, ELIZABETH HORTON SCHEFF, RALPH NADER, JAMES O'KEEFE, SUSAN SARANDON, NADER 2000 PRIMARY COMMITTEE, INC., ASSOCIATION OF STATE GREEN PARTIES and GREEN PARTY USA, <br><br>            Plaintiffs, <br><br>v. <br><br>FEDERAL ELECTION COMMISSION, <br><br>            Defendant. | Civil Action <br> No.: 00-cv-11192-MLW |

**AFFIDAVIT OF HEIDI BECKER**

1. I am a resident of Boston and a student at the University of Massachusetts-Boston. Though I am registered as an independent voter, I have yet to decide for whom I will cast my vote in the upcoming presidential election. I have determined, however, that I will not cast my vote for Al Gore or George Bush.

2. As a voter and citizen, I am extremely disturbed by the disproportionate influence of corporations in American civic and political affairs. I firmly believe that individual voters, not corporations or wealth, should determine who governs in a true democracy. Over the past decade, I have watched with a growing sense of outrage and helplessness as large corporations have extended their financial might throughout the political arena, affecting the outcomes of elections, the formation of political beliefs, and

the direction of public policy. I recognize that many corporations use wealth amassed in the economic marketplace to influence, control, or distort the marketplace of ideas. I also recognize that many corporations give substantial sums of money to support both of the major parties in order to curry favor with, and access to, whomever is elected to office.

3.   During the course of the upcoming election, I will be directly harmed by the continued operation of the illegal regulations adopted by the FEC, challenged in this lawsuit, which authorize corporate sponsorship of presidential debates. The CPD's corporate-sponsored debates provide me, and most of my friends and associates, the primary source of information about the candidates and their positions. The debate format also provides virtually the only opportunity to compare candidates' leadership, poise, and behavior under pressure outside the highly staged and controlled context of campaign advertising. Like most of my friends and associates, I turn to the presidential debates as a forum for diverse, contending political viewpoints. Like most of my friends and associates, I will be harmed if the scope of debate is constrained or distorted in any way by the influence of corporate spending. Like most of my friends and associates, I will be harmed if corporations are allowed to shape government policy by spending money to gain special access to candidates.

4.   I recognize that recent presidential debates have invariably been partisan, because only select candidates have been invited to participate. As a result, I recognize that the presidential debates sponsored by the Commission on Presidential Debates (the "CPD") amount to a form of advertising for those few candidates who have been allowed to participate. As an undecided voter, I have a particular need to hear from candidates who are unlikely to be invited to the debates sponsored by the CPD this fall.

5. The FEC's authorization of corporate-sponsored presidential debates leaves me with the impression that the government believes corporations *ought* to have influence over elections and public policy. The FEC's authorization of corporate-sponsored, partisan debates also leaves me with the impression that the government believes corporations *ought* to have a say in deciding which candidates are "acceptable". Though I consider myself deeply committed to participatory democracy, the FEC's illegal authorization of corporate spending on partisan activities also tends to threaten my active participation in elections and election-related activities. The corporate sponsorship of debates between select candidates for public office leaves me with the impression that our government has been sold to the highest bidder.

6. In sum, I will be irreparably harmed if the FEC's illegal Debate Regulations are allowed to stand during this election cycle because those regulations authorize corporate spending on partisan activities which corrupts the political process, distorts public discussion of the issues, and denies me and other voters the right to hear the positions of alternative candidates who have been and will be excluded from the debates.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June __, 2000.
Boston, MA

_____
Heidi Becker