UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI BECKER, MEDEA BENJAMIN, PHIL DONAHUE, MARK DUNLEA, ANNE GOEKE, ELIZABETH HORTON SCHEFF, RALPH NADER, JAMES O'KEEFE, SUSAN SARANDON, NADER 2000 PRIMARY COMMITTEE, INC., ASSOCIATION OF STATE GREEN PARTIES and GREEN PARTY USA, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL ELECTION COMMISSION, <br><br> Defendant. | Civil Action <br> No.: 00-cv-11192-MLW |

**AFFIDAVIT OF JAMES O'KEEFE**

1. I reside and am registered to vote in Somerville, Massachusetts and co-chair of the Massachusetts Green Party. Over the coming months, I intend to campaign actively for the Green Party's presumptive nominee for President, Ralph Nader. In concert with my campaign activity, I also intend to communicate the platform of the Green Party to as many citizens as possible in an effort to widen that party's membership.

2. I, and other Green Party members and organizations across the country, will be irreparably harmed if the FEC's authorization of corporate-sponsored partisan debates is allowed to persist through the upcoming election cycle. The development of a national political party requires arduous, dedicated work, especially during an election season. With the growing popular disaffection with the disproportionate influence of

corporations in American civic and political affairs, the 2000 election cycle provides the Green Party its strongest opportunity in years to communicate its agenda, to broaden its membership, and to mobilize a strong national coalition of politically active citizens around Mr. Nader's candidacy. The FEC's authorization of corporate-sponsored debates will directly and substantially impair the efforts of the Green Party and its membership to build the party and support its presumptive presidential nominee. MORE-Labelling

3.  For years, Green Party members have organized to combat the threat of corporations which use funds from their general treasuries to dominate American politics. Many corporations spend prodigious energy devising methods to channel funds to affect electoral outcomes, buy special access to officials, and influence government policy. In both subtle and direct ways, corporate wealth manipulates public opinion and constricts the range of political debate. Many corporations give substantial sums of money to support both major parties in order to cover all the bases and maintain access to lawmakers. The FEC's authorization of corporate-sponsored presidential debates allows corporations to inject the corporate agenda into the country's most important public election, further tilting the playing field in favor of candidates who participate in those partisan campaign events.

4.  During the course of the upcoming election, the Green Party and its members will be directly harmed by the continued operation of the illegal regulations adopted by the FEC challenged in this lawsuit. The CPD's corporate-sponsored debates provide many citizens the exclusive source of information about the candidates and their positions. By limiting participation in the debates, the CPD/corporate-sponsored debates amount to direct advertising for the "acceptable", "electable" candidates who are invited

to participate. Whether by the corruption of participating candidates or by the FEC's endorsement of corporate influence in public elections, the scope of the CPD's debate will be slanted by corporate sponsorship to the detriment of the Green Party and its members. If Mr. Nader is excluded from the CPD debates, he will be denied the major platform to communicate his agenda and help broaden the membership of the Green Party. His opponents will benefit from direct corporate sponsorship that tilts the electoral playing field. If Mr. Nader is invited to participate in the debates, he will be forced to appear in conflict with his corporate-watchdog platform and the Green Party's agenda.

5. Though I am deeply committed to developing the Green Party, the FEC's illegal authorization of corporate spending on partisan activities tends to undermine my faith in the fairness of the electoral system. The corporate sponsorship of debates between select candidates for public office raises the specter of corruption of public officials and devalues the vote of the individual.

6. In sum, Green Party organizations and members like myself will be irreparably harmed if the FEC's illegal Debate Regulations are allowed to stand during this election cycle, because those regulations authorize corporate spending on partisan activities which corrupts the political process, distorts public discussion of the issues, and denies Green Party members the right freely to build the Party and develop associations with like-minded citizens around the country.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2000.
Boston, MA

_____
James O'Keefe