# NATIONAL VOTING RIGHTS INSTITUTE
*working to fulfill the legal promise of American democracy*

294 Washington Street
Suite 713
Boston, Massachusetts 02108

Phone (617) 368-9100
Fax   (617) 368-9101
Email nvri@nvri.org
Web  www.nvri.org

July 14, 2000

**BY HAND**

Hon. Nancy Gertner
United States District Court Judge
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      *Re: Becker et al. v. FEC, No. 00-cv-11192 MLW*

Your Honor,

    This action, filed June 19, 2000, challenges the authority of the Federal Election Commission ("FEC") to adopt certain regulations that allow corporations to spend unlimited amounts of money from their corporate treasuries to stage partisan presidential debates. Along with co-counsel at Palmer & Dodge, we represent presidential candidate Ralph Nader, the Green Party USA, many of its state affiliates and their members who support his candidacy, as well as an undecided voter -- all of whom are gravely injured by ongoing corporate campaign expenditures for the debates that are specifically prohibited by the Federal Election Campaign Act ("FECA").

    On June 29, 2000, we filed a motion for a preliminary injunction to prevent further injury to the plaintiffs' political rights during the current election season. We were subsequently advised that Judge Wolf, who drew the case, would be unavailable through the entire month of July and that our motion should be brought to the attention of the Emergency Judge. We understand that you presently serve as the Emergency Judge for this District, and have attempted to obtain a hearing date from your clerk.

BOARD OF ADVISORS ~ Jonathan S. Abady, Attorney, Emery Cuti Brinckerhoff & Abady PC ~ Kathryn Abrams, Professor, Cornell Law School ~ Joaquin Avila, Attorney and voting rights specialist ~ Derrick Bell, Professor, New York University's School of Law ~ James Bernard, Writer, editor and magazine publisher ~ Jacqueline Berrien, Attorney, NAACP Legal Defense and Educational Fund ~ Victor Bolden, Attorney, NAACP Legal Defense and Educational Fund ~ Cristóbal Bonifaz, Attorney, Law Offices of Cristóbal Bonifaz ~ Stacy DeBroff, Founder and attorney advisor, Office of Public Interest Advising, Harvard Law School ~ Steven Donziger, Attorney and author ~ Richard Ford, Assistant professor, Stanford Law School ~ Margaret Fung, Executive Director, Asian American Legal Defense & Education Fund ~ Ed Garvey, Attorney, Garvey & Associates ~ Gerald Hebert, Attorney and voting rights specialist ~ Ozell Hudson, Jr., Executive Director, Lawyers' Committee for Civil Rights Under Law of Boston ~ Denise M. Hulett, Attorney, Mexican American Legal Defense and Educational Fund ~ Randy Kehler, Activist and founder of the Working Group on Electoral Democracy ~ Arthur Kinoy, Attorney and professor, Public Interest Law Center, Rutgers University ~ Frank Michelman, Professor, Harvard Law School ~ Ellen Miller, Executive Director, Public Campaign ~ Marty Oberman, Attorney, Law Offices of Marty Oberman ~ Charles Ogletree, Professor, Harvard Law School ~ Richard Parker, Professor, Harvard Law School ~ Jamin Raskin, Professor, American University's Washington College of Law ~ Florence Wagman Roisman, Associate Professor, Indiana University School of Law - Indianapolis~ Andrés Saldaña, Attorney ~ Leonard Schroeter, Attorney, Stritmatter Kessler Whelan Withey ~ Robert Stern, General Counsel, Center for Governmental Studies ~ Julie Su, Attorney, Asian Pacific American Legal Center ~ Jordan Yeager, Attorney, Boockvar and Yeager

- organizations listed for purposes of identification only -

- 2 -                                                                July 14, 2000

   The FEC will imminently file a motion seeking an extension of time, up to July 24, for its response to the preliminary injunction motion. We respectfully write to request that the injunction motion be heard as soon as possible thereafter. FEC counsel does not object to an immediate hearing after its papers are filed. Because illegal corporate contributions continue to distort the electoral process and injure our clients, we believe that this matter should be promptly addressed. Thank you for your consideration.

                                                            Respectfully,

                                                            John C. Bonifaz
                                                            Plaintiffs' Co-counsel

cc:    Erin Monahan, Defendant's Counsel
       Scott P. Lewis, Plainitffs' Co-Counsel