UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HEIDI BECKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 00-CV-11192 MLW |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF ROSEMARY C. SMITH

1. I am the Assistant General Counsel for Regulations in the Policy Division of the Office of

   General Counsel at the Federal Election Commission ("FEC"). I have held this position

   since November 7, 1999. Prior to becoming Assistant General Counsel, I was the Acting

   Assistant General Counsel for Regulations in the Policy Division of the Office of General

   Counsel from June 1999 to November 1999. Prior to becoming Acting Assistant General

   Counsel, I was a Senior Attorney in the Policy Division of the Office of General Counsel,

   from July 1990 until June 1999. Prior to becoming a Senior Attorney, I was an attorney in

   the Policy Division of the Office of General Counsel from November 1984 until July 1990.

   I was assigned to work on the rulemaking petition filed on February 24, 1987, by Reed

   Larson, president of the National Right to Work Committee, seeking action on certain FEC

   regulations following the Supreme Court's decision in FEC v. Massachusetts Citizens for

   Life, Inc., 479 U.S. 238 (1986) ("MCFL"). I continued to work on the subsequent

   rulemaking, which became known as the "MCFL Rulemaking," until its conclusion in March,

   1996.

2. I hereby verify that the documents submitted to this Court by the Federal Election

   Commission are true and accurate copies of the documents in the Administrative Record for

   the MCFL Rulemaking.  An index of the Administrative Record documents filed by the

   Federal Election Commission is appended hereto as Attachment A.

3. In 1988, following publication of an Advance Notice of Proposed Rulemaking for the MCFL

   Rulemaking, the Commission received numerous comments from members of the public,

   including members of the National Right to Work Committee.  As explained in memoranda

   to the Commission dated January 22, 1988, and March 10, 1988, representative samples of

   these letters were circulated to the Commission, together with the total number of such letters

   received as of that date.  See Attachment A at items 25, 27.  Seven letters were circulated to

   the Commission as a representative sample.  See Attachment A at items 27, 28.  Only the

   seven letters circulated to the Commission are included in the Administrative Record filed

   with the Court.  In addition, more than 16,000 copies of a pre-printed petition prepared by the

   National Right to Work Committee were received in response to the Advance Notice of

   Proposed Rulemaking; one copy of the petition was circulated to the Commission, and an

   approximate total number was also provided.  See Attachment A at items 28, 30.  Only the

   representative petition circulated to the Commission is included in the Administrative Record

   filed with the Court.

4. When the Commission published its Notice of Proposed Rulemaking for the MCFL

   Rulemaking, the period for public comment concluded on September 18, 1992.  See

   Attachment A at item 83.  Beginning in early March 1993, the Assistant General Counsel for

   Regulations began to receive copies of a pre-printed form letter, signed and submitted by

   individuals, asking the Commission to incorporate the January 5, 1993 decision of Judge

Robert W. Sweet of the United States District Court for the Southern District of New York in

Fulani v. Brady into the Commission's debate regulations.  The first two copies of the letter

were circulated to the Commission, and the Commission was notified thereafter that

additional copies of the letter had been received and would be available for review.

See Attachment A at items 133 to 138.  All of the copies of the letter received by the

Commission are included in the Administrative Record filed with the Court.

5.  Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and

correct, and that this declaration is executed on the 20th day of July, 2000 at Washington,

District of Columbia.

Rosemary C. Smith
Assistant General Counsel
Federal Election Commission
999 E Street, N.W.
Washington, D.C.  20463

## DECLARATION OF ROSEMARY C. SMITH
## ATTACHMENT A

The documents listed below constitute the Administrative Record of the <u>MCFL</u> Rulemaking before the Federal Election Commission.

**TAB**     **DOCUMENT(S)**

1          Letter petition for rulemaking to Scott E. Thomas, Commissioner, from Reed Larson, President of National Right to Work Committee (filed February 24, 1987).

2          Memorandum to The Commission, Acting General Counsel, Staff Director, Public Information, Public Records and Press Office from Susan E. Propper, Assistant General Counsel (March 25, 1987).

3          Letter to Scott E. Thomas, Chairman, from Reed Larson, President of National Right to Work Committee (received April 2, 1987).

4          Memorandum to The Commission from Lawrence M. Noble, Acting General Counsel (April 6, 1987).

5          Letter to Reed Larson, President of National Right to Work Committee, from Scott E. Thomas, Chairman, Federal Election Commission (April 10, 1987).

6          Agenda and Minutes of Federal Election Commission Open Meeting (April 23, 1987).

7          Certification of April 23, 1987 Commission Action (April 28, 1987).

8          Federal Election Commission Notice 1987-6: Rulemaking Petition: Notice of Availability (April 28, 1987).

9          Letter to Reed Larson, President of National Right to Work Committee from Scott E. Thomas, Chairman, Federal Election Commission (April 28, 1987).

10         Letter to William Nelson, Chief Counsel, Internal Revenue Service from Scott E. Thomas, Chairman, Federal Election Commission (April 28, 1987).

11         52 Fed. Register 16275, Federal Election Commission Notice 1987-6: Rulemaking Petition: Notice of Availability (May 4, 1987).

12         Federal Election Commission press release, "FEC Seeks Comments on NRWC's Petition for Rulemaking" (May 5, 1987).

13         Public comment from Anthony Conte (received May 12, 1987).

| TAB | DOCUMENT(S) |
|-----|-------------|
| 14 | Public comment from Donald Osteen, Internal Revenue Service (received May 20, 1987). |
| 15 | Memorandum to The Commission, Acting General Counsel, Staff Director, Press Office, Public Information and Public Records from Susan E. Propper, Assistant General Counsel (June 4, 1987). |
| 16 | Letter to Scott E. Thomas, Chairman, Federal Election Commission from Reed Larson, President of National Right to Work Committee (received October 9, 1987). |
| 17 | Memorandum to The Commission, Staff Director, Press Office, Public Communications and Public Records from Lawrence M. Noble, General Counsel (October 13, 1987). |
| 18 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (December 3, 1987). |
| 19 | Agenda and Minutes of Federal Election Commission Open Meeting (December 17, 1987). |
| 20 | Certification of December 17, 1987 Commission Action (December 17, 1987). |
| 21 | Letter to Reed Larson, President of National Right to Work Committee, from Scott E. Thomas, Chairman, Federal Election Commission (December 17, 1987). |
| 22 | Federal Election Commission Notice 1988-1: Advance Notice of Proposed Rulemaking (11 CFR Parts 109 and 114) (January 4, 1988). |
| 23 | 53 Fed. Register 416, Federal Election Commission 1988-1: Advance Notice of Proposed Rulemaking (11 CFR Parts 109 and 114) (January 7, 1988). |
| 24 | Memorandum to The Commission, Staff Director, Press Office, Public Information and Public Records from Lawrence M. Noble, General Counsel (January 12, 1988). |
| 25 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (January 22, 1988). |
| 26 | Public comment from The National Right to Work Committee (received March 7, 1988). |
| 27 | Memorandum to The Commission, Staff Director, Public Records, Press Office and Public Information from Lawrence M. Noble, General Counsel (March 10, 1988). |

**TAB**      **DOCUMENT(S)**

28          Public comments from:
            E.A. Robertson (received January 21, 1988);
            Gene Frazier (received January 22, 1988);
            Theo. W. Olson (received January 29, 1988);
            G. Lampert (received January 29, 1988);
            Frank A. Weck (received January 29, 1988)[1];
            Joe F. Brickell (received February 23, 1988)[2];
            L. Wesley Bankston (received February 23, 1988);
            Galen L. Kuehnast (received March 4, 1988);
            Common Cause (received March 7, 1988);
            U.S. Chamber of Commerce (received March 7, 1988);
            National Right to Work Committee (received March 7, 1988);
            Citizen Action, People for the American Way Action Fund, SANE/Freeze, Inc., and
            Sierra Club (received March 7, 1988);
            National Right to Life Committee, Inc. (received March 7, 1988);
            Philip S. Neal and Martin Scully, Jr. (received March 7, 1988); and
            American Federation of Labor and Congress of Industrial Organizations (received
            March 10, 1988).

29          Letter to Rosemary Smith, Federal Election Commission from Rex Weil (received June
            10, 1988).

30          Memorandum to The Commission from Lawrence M. Noble, General Counsel
            (September 26, 1988).

31          Memorandum to The Commission, General Counsel, Staff Director, Public Information,
            Public Records and Press Office from Susan E. Propper, Assistant General Counsel with
            comment from Philip S. Neal supplementing earlier submission (September 30, 1988).

32          Agenda and Minutes of Federal Election Commission Open Meeting (October 6, 1988).

33          Certification of October 6, 1988 Commission Action (October 6, 1988).

34          Federal Election Commission Notice 1988-12: Announcement of Public Hearing and
            Extension of Comment Period (11 CFR Parts 109 and 114, Corporate and Labor
            Organization Expenditures) (October 6, 1988).

35          53 Fed. Register 40070, Federal Election Commission Notice 1988-12: Announcement
            of Public Hearing and Extension of Comment Period (11 CFR Parts 109 and 114,
            Corporate and Labor Organization Expenditures) (October 13, 1988).

[1] The copy of Mr. Weck's comment has been reduced in size to fit on 8.5 x 11 inch paper.

[2] Mr. Brickell's comment was circulated to represent the 16,898 membership petitions prepared by the
National Right to Work Committee that were submitted to the Federal Election Commission.

**TAB      DOCUMENT(S)**

36        Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (October 18, 1988).

37        Letter to Susan E. Propper, Assistant General Counsel, Federal Election Commission from Philip S. Neal (received November 2, 1988).

38        Letter to Rosemary Smith, Federal Election Commission from Rex Weil (received November 4, 1988).

39        Memorandum to The Commission from Lawrence M. Noble, General Counsel (November 7, 1988).

40        Letters to Philip S. Neal and Rex Weil from Thomas J. Josefiak, Chairman, Federal Election Commission (November 8, 1988).

41        Federal Election Commission press release, "FEC to Hear Testimony November 16 on Proposed Regulations" (November 10, 1988).

42        Memorandum to MCFL Briefing Book Holders from Susan E. Propper, Assistant General Counsel with corrected copy of transcript from November 16, 1988 Federal Election Commission hearing (December 8, 1988).

43        Memorandum to The Commission from Lawrence M. Noble, General Counsel (June 29, 1990).

44        Memorandum to The Commission from Lawrence M. Noble, General Counsel (July 13, 1990).

45        Memorandum to The Commission from Lawrence M. Noble, General Counsel (September 12, 1990).

46        Agenda and Minutes of Federal Election Commission Open Meeting (September 27, 1990).

47        Certification of September 27, 1990 Commission Action (October 1, 1990).

48        Federal Election Commission Notice 1990-14: Additional Request for Comments (11 CFR Parts 109 and 114, Corporate and Labor Organization Expenditures) (September 27, 1990).

**TAB**      **DOCUMENT(S)**

49       55 Fed. Register 40397, Federal Election Commission Notice 1990-14: Additional
         Request for Comments (11 CFR Parts 109 and 114, Corporate and Labor Organization
         Expenditures) (October 3, 1990).

50       Memorandum to The Commission, General Counsel, Staff Director, Public Information,
         Press Office and Public Records from Susan E. Propper, Assistant General Counsel
         (October 9, 1990).

51       Voting sheet with memorandum to The Commission from Lawrence M. Noble, General
         Counsel (October 24, 1990).

52       Certification of October 25, 1990 Commission Action (October 25, 1990).

53       Federal Election Commission Notice 1990-18: Extension of Comment Period (11 CFR
         Parts 109 and 114, Corporate and Labor Organization Expenditures) (October 26,
         1990).

54       Letter to Martha L. Girard, Director, Office of the Federal Register, from Susan E.
         Propper, Assistant General Counsel, Federal Election Commission (October 26, 1990).

55       55 Fed. Register 45809, Federal Election Commission Notice 1990-18: Extension of
         Comment Period (11 CFR Parts 109 and 114, Corporate and Labor Organization
         Expenditures) (October 31, 1990).

56       Memorandum to The Commission, General Counsel, Staff Director, Public Information,
         Press Office and Public Records from Susan E. Propper, Assistant General Counsel
         (November 5, 1990).

57       Memorandum to The Commission, General Counsel, Staff Director, Public Information,
         Press Office and Public Records from Susan E. Propper, Assistant General Counsel
         (December 3, 1990) with public comments from:
             National Abortion Rights Action League, Sierra Club, National Toxics Campaign,
             Ripon Society, Clean Water Action, SANE/FREEZE: Campaign for Global
             Security, and People for the American Way Action Fund (received November 30,
             1990, corrected cover sheet and letter received December 4, 1990);
             GOPAC, Inc. (received November 30, 1990);
             Philip S. Neal (received December 4, 1990);
             National Right to Work Committee (received November 30, 1990);
             Common Cause (received November 30, 1990);
             National Organization for Women and American Civil Liberties Union (received
             November 30, 1990); and
             Anti-Defamation League of B'nai B'rith (received November 29, 1990).

**TAB**      **DOCUMENT(S)**

58       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (December 4, 1990).

59       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (December 10, 1990) with public comment from American Federation of Labor and Congress of Industrial Organizations (received December 7, 1990).

60       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (December 14, 1990) with public comment from Craver, Mathews, Smith & Company, Inc. (received on December 14, 1990).

61       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (April 1, 1991) with public comment from Philip S. Neal (received on April 1, 1991).

62       New revised original of public comment from Philip S. Neal (received on April 3, 1991).

63       Letters to persons who submitted comments from Susan E. Propper, Assistant General Counsel, Federal Election Commission (May 13, 1992)

64       Press release, "FEC Sets Public Meeting on Possible Revision of Corporate and Union Expenditure Rules" (May 15, 1992).

65       57 Fed. Register 22528, Federal Election Commission, notice of special open meeting on June 3, 1992 to discuss Notice of Proposed Rulemaking on the <u>MCFL</u> decision (May 28, 1992).

66       Memorandum to All Agenda Document Recipients (May 20, 1992) with Memorandum to The Commission from Lawrence M. Noble, General Counsel (May 20, 1992).

67       Agenda and Minutes of Federal Election Commission Special Open Meeting (June 3, 1992).

68       Agenda and Minutes of Federal Election Commission Open Meeting (June 4, 1992).

69       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (June 5, 1992) with public comment from Philip S. Neal (received on June 4, 1992).

**TAB**     **DOCUMENT(S)**

70      Letter to Jerry Walsh Skelly, Office of Associate Chief Counsel (CC:EE), Internal Revenue Service, from Susan E. Propper, Assistant General Counsel, Federal Election Commission (June 9, 1992).

71      Memorandum to The Commission from Lawrence M. Noble, General Counsel (June 18, 1992).

72      Memorandum to The Commission from Commissioners John Warren McGarry and Trevor Potter (July 7, 1992).

73      Memorandum to The Commission from Commissioner Lee Ann Elliott (July 7, 1992).

74      Memorandum to The Commission from Lawrence M. Noble, General Counsel (July 8, 1992).

75      Agenda and Minutes of Federal Election Commission Open Meeting (July 9, 1992).

76      Office of General Counsel, proposed amendments to Revised MCFL Notice of Proposed Rulemaking, Agenda Document #92-86 (undated).

77      Voting sheet with Memorandum to The Commission from Lawrence M. Noble, General Counsel (July 14, 1992).

78      Certification of July 17, 1992 Commission Action (July 17, 1992).

79      Federal Election Commission Notice 1992-11: Notice of Proposed Rulemaking (11 CFR Parts 109, 100 and 114: Independent Expenditures; Corporate and Labor Organization Expenditures) (July 17 1992).

80      Cover note to Barbara Suhre from Cynthia E. Myers, Federal Election Commission (July 17, 1992).

81      Annotated version of the proposed MCFL Regulations (undated).

82      Letter to Karin Gross, Office of Chief Counsel, Internal Revenue Service, from Susan E. Propper, Assistant General Counsel, Federal Election Commission (July 23, 1992).

83      57 Fed. Register 33548, Federal Election Commission Notice 1992-11: Notice of Proposed Rulemaking (11 CFR Parts 109, 100 and 114: Independent Expenditures; Corporate and Labor Organization Expenditures) (July 29, 1992).

| TAB | DOCUMENT(S) |
|-----|-------------|

84    Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (July 29, 1992).

85    Public comment from Robert F. Bauer (received August 4, 1992).

86    Public comment from Albert Carnesale, Dean, John F. Kennedy School of Government, Harvard University (received August 20, 1992), in response to letter from Trevor Potter, Commissioner, Federal Election Commission (August 4, 1992).

87    Public comment from Philip S. Neal (received September 14, 1992).

88    Public comment from Frank J. Connors, Office of the General Counsel, Harvard University (received September 18, 1992).

89    Public comment from National Right to Life Committee, Inc. (received September 18, 1992).

90    Public comment from National Wildlife Federation (received September 18, 1992).

91    Public comment from Jonathan B. Gould (received September 18, 1992) with memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant General Counsel (October 19, 1992) and copy of exhibit used by J. Gould during testimony (October 15, 1992).

92    Public comment from Mark "Jay" Johansen (received by facsimile September 17, 1992 and by mail September 30, 1992).

93    Public comment from Lawyers Alliance for New York (received September 18, 1992).

94    Public comment from Rainbow Lobby, Inc. (received September 18, 1992).

95    Public comment from American Council on Education (received September 18, 1992).

96    Public comment from Anti-Defamation League of B'nai B'rith (received September 18, 1992).

97    Public comment from Robert F. Bauer (received September 21, 1992).

98    Public comment from Common Cause (received September 18, 1992).

99    Public comment from Democratic National Committee (received September 18, 1992).

**TAB**      **DOCUMENT(S)**

100      Public comment from Arthur Block, on behalf of Arthur Block, Dr. Lenora Fulani, and Lenora B. Fulani for President (received by facsimile September 18, 1992 and by mail September 22, 1992 and September 25, 1992) with memoranda to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 24, 1992).

101      Public comment from Independent Sector (received September 18, 1992).

102      Public comment from League of Conservation Voters (received September 21, 1992).

103      Public comment from National Association of Manufacturers (received September 18, 1992).

104      Public comment from National Organization for Women (received September 18, 1992) with memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant General Counsel (October 19, 1992) and copy of exhibit used by K. Gandy and L. Zezulin during testimony (October 15, 1992).

105      Public comment from National Right to Work Committee (received September 18, 1992).

106      Public comment from Congressman Timothy J. Penny (received by facsimile September 18, 1992 and by mail September 21, 1992).

107      Public comment from Planned Parenthood Federation of America (received September 18, 1992).

108      Public comment from Advocacy Institute, Alliance for Justice, American Association of University Women, Center for Budget and Policy Priorities, Council for a Livable World, Physicians for Social Responsibility, Planned Parenthood Federation of America, Inc., League of Conservation Voters, National Abortion Rights Action League, League of Women Voters of the United States, People for the American Way Action Fund, Maryland Association of Nonprofit Organization, Citizen Action, SANE/FREEZE: Campaign for Global Security, Sierra Club, and Public Citizen (received September 18, 1992) with memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 25, 1992) attaching corrected pages (received September 24, 1992).

109      Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 21, 1992).

**TAB**   **DOCUMENT(S)**

110       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 21, 1992) with public comment from Natural Law Party of the United States of America (received September 21, 1992).

111       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 22, 1992) with public comment from William J. Olson (received September 21, 1992).

112       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 23, 1992) with supplemental public comment from National Association of Realtors (received September 18, 1992 and September 22, 1992).

113       Voting sheet (September 23, 1992) with memorandum to The Commission from Lawrence M. Noble, General Counsel (September 22, 1992).

114       Certification of September 24, 1992 Commission Action (September 24, 1992).

115       Federal Election Commission Notice 1992-16: Change in MCFL Public Hearing Time (11 CFR Parts 109, 100 and 114: Independent Expenditures; Corporate and Labor Organization Expenditures) (September 24, 1992).

116       Letters to commenters who requested opportunity to testify at the MCFL public hearing from Susan E. Propper, Assistant General Counsel, Federal Election Commission (September 28, 1992).

117       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 29, 1992) with public comment from American Federation of Labor and Congress of Industrial Organizations (received September 25, 1992).[3]

118       Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (September 29, 1992) with public comment from National Association of Business Political Action Committees (received September 29, 1992).

---

[3]   The "second attachment to a comment previously submitted by Mr. Arthur Block" referenced in this memorandum was filed with the public comment received from Arthur Block, Lenora B. Fulani and Lenora B. Fulani for President (Tab 100, supra).

**TAB**      **DOCUMENT(S)**

119      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (September 29, 1992).

120      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (September 30, 1992) with public comment from John E. Burke,
         Assistant Commissioner (Employee Plans and Exempt Organizations), Internal Revenue
         Service (received September 30, 1992).

121      57 Fed. Register 45009, Federal Election Commission Notice 1992-16: Change in
         MCFL Public Hearing Time (11 CFR Parts 109, 100 and 114: Independent
         Expenditures; Corporate and Labor Organization Expenditures) (September 30, 1992).

122      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (October 2, 1992) with supplemental public comment from Philip S.
         Neal (received October 2, 1992).

123      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (October 2, 1992).

124      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (October 9, 1992).

125      Transcript of Rulemaking Hearing before the Federal Election Commission (October
         14, 1992).

126      Transcript of Rulemaking Hearing before the Federal Election Commission (October
         15, 1992) with exhibits used by witnesses (J. Gould, K. Gandy and L. Zezulin).

127      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (November 3, 1992) with public comment from Asa N. Green
         (received November 2, 1992).

128      Memorandum to All Briefing Book Recipients from Susan E. Propper, Assistant
         General Counsel (November 18, 1992).

129      Letter to Federal Election Commission, attn: Susan E. Propper, Assistant General
         Counsel, from Arthur R. Block (received December 18, 1992), with memorandum to
         All Briefing Book Recipients from Susan E. Propper, Assistant General Counsel
         (December 18, 1992) circulating corrections to October 15, 1992, hearing transcript.

**TAB**     **DOCUMENT(S)**

130     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (January 6, 1993) with comment from Steven C. Beering forwarded by Congressman John Myers (received December 24, 1992).

131     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (January 14, 1993) with public comment from Arthur Block (received January 13, 1993).

132     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (January 22, 1993) with complete copy of court opinion submitted by Arthur Block (received January 21, 1993).

133     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (March 2, 1993) with public comment (pre-printed form letter) from Charles H. Davis (received March 1, 1993).

134     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (March 4, 1993) with public comment (pre-printed form letter) from Jesse Lyne (received March 3, 1993).

135     Public comment (pre-printed form letter) from Susan C. Weber (received March 8, 1993).

136     Public comment (pre-printed form letter) from Tori Nourafchan (received March 8, 1993).

137     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (March 8, 1993) with public comment from Arthur R. Block (received March 8, 1993).

138     Bulk file of public comments (pre-printed form letters) received between March 1993 and September 1993.

139     Letter to Congressman Steve Buyer from Tina VanBrakle, Congressional Affairs Officer, Federal Election Commission (April 5, 1993).

**TAB**      **DOCUMENT(S)**

140      Memorandum to Susan Propper, Assistant General Counsel for Regulations, from Marjorie W. Emmons, Secretary of the Commission (September 17, 1993) with memorandum to Marjorie Emmons, Secretary of the Commission from Trevor Potter, Vice Chairman (September 13, 1993) with letter to Trevor Potter, Commissioner, Federal Election Commission from Jonathan B. Gould (received September 8, 1993).

141      Memorandum to All Agenda Document Recipients (February 8, 1994) with memorandum to The Commission from Lawrence M. Noble, General Counsel (February 8, 1994).

142      59 Fed. Register 10226, Federal Election Commission, notice of special open meeting on March 9, 1994 to discuss MCFL Rulemaking: Summary of Comments and Draft Final Rules (March 3, 1994).

143      Agenda and Minutes of Federal Election Commission Special Open Meeting (March 9, 1994).

144      Agenda and Minutes of Federal Election Commission Open Meeting (April 18, 1994).

145      Agenda and Minutes of Federal Election Commission Open Meeting (May 11, 1994).

146      Agenda and Minutes of Federal Election Commission Open Meeting (July 14, 1994).

147      Agenda and Minutes of Federal Election Commission Open Meeting (July 21, 1994).

148      Memorandum to The Commission from Scott E. Thomas, Commissioner (July 26, 1994).

149      Memorandum to The Commission from Trevor Potter, Commissioner (July 26, 1994).

150      Memorandum to The Commission from Trevor Potter, Commissioner (July 26, 1994).

151      Memorandum to The Commission from Lee Ann Elliott, Commissioner (July 26, 1994).

152      Memorandum to The Commission from Joan Aikens, Commissioner (July 26, 1994).

153      Memorandum to The Commission from Joan Aikens, Commissioner (July 28, 1994).

154      Memorandum to The Commission from John Warren McGarry, Commissioner (July 27, 1994).

155      Memorandum to The Commission from Lawrence M. Noble, General Counsel (July 27, 1994).

**TAB**      **DOCUMENT(S)**

156      Agenda and Minutes of Federal Election Commission Open Meeting (July 28, 1994).

157      Certification of July 28, 1994 Commission Action (July 29, 1994).

158      Agenda and Minutes of Federal Election Commission Open Meeting (August 4, 1994).

159      Memorandum to The Commission from Lawrence M. Noble, General Counsel (August 9, 1994).

160      Memorandum to The Commission from Lawrence M. Noble, General Counsel (August 10, 1994).

161      Agenda and Minutes of Federal Election Commission Open Meeting (August 11, 1994).

162      Certification of August 11, 1994 Commission Action (August 15, 1994).

163      Memorandum to The Commission from Lawrence M. Noble, General Counsel (October 5, 1994).

164      Agenda and Minutes of Federal Election Commission Open Meeting (October 6, 1994).

165      Certification of October 6, 1994 Commission Action (October 7, 1994).

166      Memorandum to Marjorie W. Emmons, Commission Secretary and The Commissioners, from Trevor Potter, Chairman (October 18, 1994).

167      Agenda and Minutes of Federal Election Commission Open Meeting (October 20, 1994).

168      Memorandum to The Commission from Lawrence M. Noble, General Counsel (October 20, 1994).

169      Memorandum to The Commission from Lawrence M. Noble, General Counsel (October 21, 1994).

170      Memorandum to Marjorie W. Emmons, Commission Secretary from Trevor Potter, Chairman (October 24, 1994).

171      Agenda and Minutes of Federal Election Commission Open Meeting (October 27, 1994).

172      Memorandum to The Commission from Scott E. Thomas, Commissioner (October 28, 1994).

| TAB | DOCUMENT(S) |
|-----|-------------|
| 173 | Agenda and Minutes of Federal Election Commission Open Meeting (November 3, 1994). |
| 174 | Agenda and Minutes of Federal Election Commission Open Meeting (November 10, 1994). |
| 175 | Certification of November 10, 1994 Commission Action (November 14, 1994). |
| 176 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (March 2, 1995). |
| 177 | Memorandum to Danny McDonald, Chairman from Trevor Potter, Commissioner (March 8, 1995). |
| 178 | Agenda and Minutes of Federal Election Commission Open Meeting (March 9, 1995). |
| 179 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (March 9, 1995). |
| 180 | Agenda and Minutes of Federal Election Commission Open Meeting (March 23, 1995). |
| 181 | Agenda Document #95-24-A (March 23, 1995). |
| 182 | Agenda Document #95-24-B (March 23, 1995). |
| 183 | Agenda Document #95-24-C (March 23, 1995). |
| 184 | Agenda Document #95-24-D (March 23, 1995). |
| 185 | Agenda Document #95-25-E (March 23, 1995). |
| 186 | Memorandum to Recipients of Certifications from Delores Hardy (March 31, 1995) with corrected page for Certification of March 23, 1995 Commission Action (March 28, 1995). |
| 187 | Agenda and Minutes of Federal Election Commission Open Meeting (March 30, 1995). |
| 188 | Certification of March 30, 1995 Commission Action (April 6, 1995). |
| 189 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (June 1, 1995). |
| 190 | Agenda and Minutes of Federal Election Commission Open Meeting (June 15, 1995). |

| TAB | DOCUMENT(S) |
|-----|-------------|
| 191 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (June 28, 1995). |
| 192 | Agenda and Minutes of Federal Election Commission Open Meeting (June 28, 1995). |
| 193 | Agenda and Minutes of Federal Election Commission Open Meeting (June 29, 1995). |
| 194 | Certification of June 28, 1995 Commission Action (June 30, 1995). |
| 195 | Federal Election Commission Notice 1995-10: Final Rule; Transmittal of Regulations to Congress (11 CFR Parts 100, 106, 109 and 114: Express Advocacy; Independent Expenditures; Corporate and Labor Organization Expenditures) (June 30, 1995). |
| 196 | Cover note to Scheduling Desk from Susan E. Propper (June 30, 1995). |
| 197 | Messenger delivery acknowledgment slips and cover letters to The Honorable Newt Gingrich, Speaker, United States House of Representatives and The Honorable Albert Gore, President, United States Senate, from Danny L. McDonald, Chairman, Federal Election Commission (June 30, 1995), and cover note to Small Business Association Office of Advocacy from Susan E. Propper (June 30, 1995). |
| 198 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (June 30, 1995). |
| 199 | 60 Fed. Register 35292, Federal Election Commission Notice 1995-10: Final Rule; Transmittal of Regulations to Congress (11 CFR Parts 100, 106, 109 and 114: Express Advocacy; Independent Expenditures; Corporate and Labor Organization Expenditures) (July 6, 1995). |
| 200 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (July 10, 1995). |
| 201 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (August 2, 1995). |
| 202 | Agenda and Minutes of Federal Election Commission Open Meeting (August 17, 1995). |
| 203 | Certification of August 17, 1995 Commission Action (August 21, 1995). |
| 204 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (August 31, 1995). |

**TAB**     **DOCUMENT(S)**

205     Memorandum to Lawrence M. Noble, General Counsel from Rosemary C. Smith, Senior Attorney (September 6, 1995) with memorandum to The Commission from Lawrence M. Noble, General Counsel (September 14, 1995).

206     Memorandum to The Commission from Scott E. Thomas, Commissioner (September 7, 1995).

207     Agenda and Minutes of Federal Election Commission Open Meeting (September 14, 1995).

208     Agenda and Minutes of Federal Election Commission Open Meeting (September 21, 1995).

209     Memorandum to Susan E. Propper, Assistant General Counsel from Tina VanBrakle, Congressional Affairs Officer (September 21, 1995).

210     Memorandum to The Commission from Lawrence M. Noble, General Counsel (September 21, 1995).

211     Agenda and Minutes of Federal Election Commission Open Meeting (September 28, 1995).

212     Certification of September 28, 1995 Commission Action (September 29, 1995).

213     Certification of September 28, 1995 Commission Action (October 4, 1995).

214     Federal Election Commission Notice 1995-13: Final Rules; Announcement of Effective Date (11 CFR Parts 100, 106, 109 and 114: Express Advocacy; Independent Expenditures; Corporate and Labor Union Expenditures) (September 29, 1995).

215     Cover note to Scheduling Desk from Susan E. Propper (September 29, 1995).

216     Agenda and Minutes of Federal Election Commission Open Meeting (October 3, 1995).

217     Certification of October 3, 1995 Commission Action (October 4, 1995).

218     Certification of October 3, 1995 Commission Action (October 4, 1995).

219     Memorandum to Lawrence M. Noble, General Counsel and Susan Propper, Assistant General Counsel for Regulations, from Trevor Potter, Commissioner (October 3, 1995).

220     Memorandum to The Commission from Scott E. Thomas, Commissioner (October 3, 1995).

| TAB | DOCUMENT(S) |
|---|---|
| 221 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (October 4, 1995). |
| 222 | Agenda and Minutes of Federal Election Commission Open Meeting (October 5, 1995). |
| 223 | Certification of October 5, 1995 Commission Action (October 6, 1995). |
| 224 | Certification of October 5, 1995 Commission Action (October 6, 1995). |
| 225 | 60 Fed. Register 52069, Federal Election Commission Notice 1995-13: Final Rules; Announcement of Effective Date (11 CFR Parts 100, 106, 109 and 114: Express Advocacy; Independent Expenditures; Corporate and Labor Union Expenditures) (October 5, 1995). |
| 226 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (October 11, 1995). |
| 227 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (October 11, 1995). |
| 228 | Memorandum to The Commission from Scott E. Thomas, Commissioner (October 18, 1995). |
| 229 | Agenda and Minutes of Federal Election Commission Open Meeting (October 19, 1995). |
| 230 | Certification of October 19, 1995 Commission Action (October 19, 1995). |
| 231 | Memorandum to The Commission, General Counsel, and Staff Director from Susan E. Propper, Assistant General Counsel and Rosemary C. Smith, Senior Attorney (October 31, 1995). |
| 232 | Memorandum to The Commission from Lawrence M. Noble, General Counsel (November 22, 1995). |
| 233 | Agenda and Minutes of Federal Election Commission Open Meeting (December 6, 1995). |
| 234 | Certification of December 6, 1995 Commission Action (December 7, 1995). |
| 235 | Agenda and Minutes of Federal Election Commission Open Meeting (December 7, 1995). |

| TAB | DOCUMENT(S) |
|-----|-------------|
| 236 | Agenda Document #95-131-A (undated). |
| 237 | Certification of December 7, 1995 Commission Action (December 11, 1995). |
| 238 | Federal Election Commission Notice 1995-23: Final Rule and Transmittal of Regulations to Congress (11 CFR Parts 100, 102, 109, 110 and 114: Corporate and Labor Organization Activity; Express Advocacy and Coordination with Candidates) (December 8, 1995). |
| 239 | Cover note to Scheduling Desk from Susan E. Propper (December 8, 1995). |
| 240 | Messenger delivery acknowledgment slips and cover letters to The Honorable Newt Gingrich, Speaker, United States House of Representatives and The Honorable Albert Gore, Jr., President, United States Senate, from Danny L. McDonald, Chairman, Federal Election Commission (December 8, 1995), and cover note to Small Business Association Office of Advocacy from Susan E. Propper (December 8, 1995). |
| 241 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (December 11, 1995). |
| 242 | 60 Fed. Register 64260, Federal Election Commission Notice 1995-23: Final Rule and Transmittal of Regulations to Congress (11 CFR Parts 100, 102, 109, 110 and 114: Corporate and Labor Organization Activity; Express Advocacy and Coordination with Candidates) (December 14, 1995). |
| 243 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (December 15, 1995). |
| 244 | Memorandum to OGC Staff from Susan E. Propper, Assistant General Counsel (February 1, 1996). |
| 245 | 61 Fed. Register 4302, Federal Election Commission, corrections to [60] Fed. Register at 35292 and [60] Fed. Register at 64261, 64267, 64268 and 64273 (February 5, 1996). |
| 246 | Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (February 7, 1996). |
| 247 | Memorandum to Susan E. Propper, Assistant General Counsel from Tina VanBrakle, Congressional Affairs Officer (February 28, 1996). |

**TAB**     **DOCUMENT(S)**

248     Memorandum to The Commission from Lawrence M. Noble, General Counsel (February 28, 1996).

249     Agenda and Minutes of Federal Election Commission Open Meeting (March 7, 1996).

250     Certification of March 7, 1996 Commission Action (March 11, 1996).

251     Federal Election Commission Notice 1996-9: Final Rule, Announcement of Effective Date (11 CFR Parts 100, 102, 109, 110 and 114: Corporate and Labor Organization Activity; Express Advocacy and Coordination with Candidates (March 8, 1996).

252     Cover note to Scheduling Desk from Susan E. Propper (March 8, 1996).

253     Letter to Scheduling Desk, Office of the Federal Register from Susan E. Propper, Assistant General Counsel (March 8, 1996).

254     61 Fed. Register 10269, Federal Election Commission Notice 1996-9: Final Rule, Announcement of Effective Date (11 CFR Parts 100, 102, 109, 110 and 114: Corporate and Labor Organization Activity; Express Advocacy and Coordination with Candidates (March 13, 1996).

255     Memorandum to The Commission, General Counsel, Staff Director, Public Information, Press Office and Public Records from Susan E. Propper, Assistant General Counsel (March 18, 1996).

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Scott P. Lewis, Palmer & Dodge LLP, One Beacon Street, Boston MA 02108-0100, and John C. Bonifaz, National Voting Rights Institute, 294 Washington Street, Suite 713, Boston MA 02108, the attorneys of record for plaintiffs, by facsimile transmission and first-class United States mail, postage prepaid, on July 21, 2000. I further certify that a copy of Volumes 1 through 8 of the Verified Administrative Record was served upon the same counsel by Federal Express overnight delivery, on July 21, 2000, for delivery on July 24, 2000.

Erin K. Monaghan