UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEIDI BECKER, ET AL., )
    Plaintiffs, )
     )
     )
    v. )    C.A. No. 00-11192-MLW
     )
FEDERAL ELECTION )
COMMISSION, )
    Defendant. )

ORDER

WOLF, D.J.                                    August 2, 2000

I hereby RECUSE myself pursuant to 28 U.S.C. § 455(a). Accordingly, this case shall be returned to the Clerk to be randomly reassigned to another judge of this Court as promptly as possible in view of the pending motion for preliminary injunction.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE