UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

F I L E D
IN CLERK'S OFFICE

Aug 10   2 59 PM '00

|  |  |  |
|---|---|---|
| HEIDI BECKER, et al. | ) | 00-CV-11192 PBS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Additional Authority for |
| v. | ) | Opposition to Plaintiffs' |
| | ) | Motion For Preliminary |
| FEDERAL ELECTION COMMISSION, | ) | Injunction |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT FEDERAL ELECTION COMMISSION'S ADDITIONAL AUTHORITY FOR OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Federal Election Commission ("Commission") submits herein additional case citations from other circuits, in addition to the Supreme Court opinion (Arkansas Educational Television Comm'n v. Forbes, 523 U.S. 666 (1998)) cited in its Opposition to Plaintiff's Motion for a Preliminary Injunction, at page 7 n.1, that further support the Commission's contention that plaintiffs cannot show a likelihood of success on the merits for their claim that the Commission's debate regulations violate their First Amendment rights.  These cases were not included in the Commission's opposition brief due to the short schedule within which the Commission prepared its opposition and its motion to dismiss in this lawsuit:

1. DeBauche v. Trani, 191 F.3d 499, 505-509 (4th Cir. 1999), cert. denied, 120 S.Ct. 1451 (2000);

2. Marcus v. Iowa Public Television, 150 F.3d 924 (8th Cir. 1998), cert. denied, 525 U.S. 1069 (1999);

3. NAACP, Los Angeles Branch v. Jones, 131 F.3d 1317, 1322-1325 (9th Cir. 1997), cert. denied, 525 U.S. 813 (1998);

DOCKETED                    34

4. Albanese v. FEC, 78 F.3d 66, 69 (2$^d$ Cir.), cert. denied, 519 U.S. 819 (1996);

5. Chandler v. Georgia Public Telecommunications Comm'n, 917 F.2d 486, 489-90 (11th Cir. 1990), cert. denied, 502 U.S. 816 (1991);

6. Johnson v. FCC, 829 F.2d 157, 164-65 (D.C. Cir. 1987) (distinguishing Anderson v. Celebrezze); and

7. McCarthy v. National Broadcasting Co., 1996 WL 288220 (S.D.N.Y. 1996), aff'd, 162 F.3d 1148 (table), 1998 WL 634555 (2$^d$ Cir. 1998).

Respectfully submitted,

_____
Lawrence M. Noble
General Counsel

_____
Richard B. Bader
Associate General Counsel

_____
Stephen E. Hershkowitz
Assistant General Counsel

2

_Erin K. Monaghan_
Attorney

FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, N.W.
Washington, D.C. 20463
(202) 694-1650

August **8** , 2000

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Scott P. Lewis, Palmer & Dodge LLP, One Beacon Street, Boston MA 02108-0100, and John C. Bonifaz, National Voting Rights Institute, 294 Washington Street, Suite 713, Boston MA 02108, the attorneys of record for plaintiffs, by facsimile and first-class United States mail, postage prepaid, on August **8** , 2000.

_Erin K. Monaghan_