# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO. 00cv11192-PBS

| PLAINTIFF | DEFENDANT |
|---|---|
| Heidi Becker, et al. | Federal Election Commission |

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| Scott P. Lewis | Heckowitz |
| John C. Bonifaz | Stacey McGraw |
| Gregory Luke | John S. Stadler, Erin Monaghan |

JUDGE Patti B. Saris   CLERK Todd M. McGrath   REPORTER Marie Cloonan

### CLERK'S NOTES

| DATES: | |
|---|---|
| 8/23/00 | Motions hearing held on pltf's motion for preliminary injunction (#2) and the defendant's motion to dismiss (#14); Court hears arguments of counsel; Court takes the matter under advisement. |

(clknotes.frm - 10/96)   [clknot.]

39

DOCKETED