UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEIDI BECKER *et al.*,

                              Plaintiffs,

    v.                                          Civil Action
                                                No.: 00-cv-11192 PBS
FEDERAL ELECTION COMMISSION,

                              Defendant.



## STIPULATION

In response to the Court's Memorandum and Order of September 1, 2000, it is hereby

stipulated that the Court should enter final judgment based on the current record.  A proposed

form of judgment is attached.  All of the plaintiffs reserve their right to appeal from the Court's

September 1, 2000 Order and from ¶ 2 of the Judgment, and the individual plaintiffs whose

claims have been dismissed for lack of standing reserve their right to appeal from ¶ 1 of the

Judgment.  The defendant Federal Election Commission reserves its right to appeal from the

Court's September 1, 2000 Order denying its motion to dismiss as to plaintiffs Ralph Nader,

Nader 2000 Primary Committee, Inc., Association of State Green Parties and Green Party USA.

                                        By their attorneys,

_Lawrence M Noble_ spl                  _Scott P. Lewis_

Lawrence M. Noble                       Scott P. Lewis (BBO #298740)
Richard B. Bader                        PALMER & DODGE LLP
Stephen E. Hershkowitz                  One Beacon Street
Erin K. Monaghan                        Boston, MA 02108-3190
FEDERAL ELECTION COMMISSION             (617) 573-0100
999 E. Street, N.W.                     For the plaintiffs
Washington, DC  20463
(202) 694-1650
For the defendant

DOCKETED

40

_John C. Bonifaz_

John C. Bonifaz (BBO #562478)
Gregory G. Luke (BBO #600204)
NATIONAL VOTING RIGHTS INSTITUTE
294 Washington Street, Suite 713
Boston, MA 02108
For the plaintiffs

Dated: September 6, 2000

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2000, I caused a true copy of the above
document to be served on the defendant by fax and first class mail.