UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEIDI BECKER *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　　　　　　Defendant. | Civil Action<br>No.: 00-cv-11192 PBS |

## FINAL JUDGMENT

For the reasons stated in the Court's Memorandum and Order of September 1, 2000, and on the basis of the Stipulation dated September 6, 2000, it is ORDERED and ADJUDGED as follows:

1. The Complaint is hereby dismissed, for lack of standing, with respect to each of the following individual plaintiffs: Heidi Becker, Medea Benjamin, Phil Donahue, Mark Dunlea, Anne Goeke, Elizabeth Horton Scheff, James O'Keefe and Susan Sarandon.

2. Judgment on the merits is entered in favor of the defendant Federal Election Commisison. The Federal Election Commission's Debate Regulations challenged in this action, 11 C.F.R. §§ 110.13(a)(1), 114.4(f)(1) and 114.4(f)(3), are not in excess of the Federal Election Commission's statutory authority under the Federal Election Campaign Act, as amended; and

3. Each party should bear its own costs.

　　　　　　　　　　　　　　　　　　　　　　　　Patti B. Saris
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: 9/14, 2000
Boston, Massachusetts

DOCKETED     42