UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HEIDI BECKER, MEDEA BENJAMIN, PHIL
DONAHUE, MARK DUNLEA, ANNE
GOEKE, ELIZABETH HORTON SCHEFF,
RALPH NADER, JAMES O'KEEFE, SUSAN
SARANDON, NADER 2000 PRIMARY
COMMITTEE, INC., ASSOCIATION OF
STATE GREEN PARTIES and GREEN
PARTY USA,
                Plaintiffs,

v.

FEDERAL ELECTION COMMISSION,
                Defendant.

Civil Action
No. 00-cv-11192 PBS

## NOTICE OF APPEAL

Notice is hereby given that all the plaintiffs, Heidi Becker, Medea Benjamin, Phil Donahue, Mark Dunlea, Anne Goeke, Elizabeth Horton Scheff, Ralph Nader, James O'Keefe, Susan Sarandon, Nader 2000 Primary Committee, Inc., Association of State Green Parties and Green Party USA, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on September 14, 2000.

By their attorneys,

_____
John C. Bonifaz (BBO #562478)
Gregory G. Luke (BBO #600204)
National Voting Rights Institute
One Bromfield Street, Third Floor
Boston, MA  02108
(617) 368-9100

_____
Scott P. Lewis (BBO #298740)
Palmer & Dodge LLP
One Beacon Street
Boston, MA  02108
(617) 573-0100

September 15, 2000

